UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA MARTIN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>BOARD OF EDUCATION OF THE BERKELEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>       Defendants. | Case No. 20-cv-04389-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's counsel is ordered to show cause why she should not be held in contempt for failure to appear at the status conference held on March 15, 2022. Counsel's response shall be filed no later than March 22, 2022.

**IT IS SO ORDERED.**

Dated: March 16, 2022

EDWARD M. CHEN
United States District Judge